No. —, original. Ex parte Mike Holchak. Argued January 30, 1939. Decided February 6, 1939. Motion for leave to file petition for writ of habeas corpus denied and rule to show cause discharged.

*Mr. Frank J. Wideman,* with whom *Mr. Raymond Sparks* was on the brief, for petitioner. *Mr. Earl Warren,* Attorney General of California, with whom *Mr. William F. Cleary* was on the brief, submitted for Smith, Warden, respondent.